# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133799

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOUGLAS MAURICE ROGERS,
　　　　Plaintiff-Appellant,

v

　　　　　　　　　　　　　　　　SC: 133799
　　　　　　　　　　　　　　　　COA: 273287
　　　　　　　　　　　　　　　　Ingham CC: 06-000476-AA

MICHIGAN DEPARTMENT OF
CORRECTIONS,
　　　　Defendant-Appellee.

_____/

　　　　On order of the Court, the application for leave to appeal the March 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
Clerk

l0723